IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CR-53-1-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CALVIN WILSON | ) | |

This cause comes before the Court on its own initiative. The jury trial currently set to commence on November 12, 2018, is hereby CONTINUED. The jury trial will now commence on Monday, November 26, 2018, at 10:00 a.m. at the United States Courthouse, 306 E. Main St., Elizabeth City, North Carolina.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 12 day of October, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE