IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-00053-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CALVIN MARK WILSON, <br><br> Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion for compassionate release [DE 701]. Defendant filed his motion on September 23, 2024. DE 701 at 1. The next day, the court directed the Office of the Federal Public Defender to appoint counsel to represent Defendant in connection with his motion. DE 702 at 1-2. Several weeks later, Attorney Jamie L. Vavonese entered a notice of appearance. DE 708 at 1. Eight months have since passed, and nothing further has been filed. Accordingly, the court directs counsel for Defendant to provide a status report on any pending filings no later than July 31, 2025.

SO ORDERED this 10th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE